FILED

02/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0430

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0430

IN THE MATTER OF:

V.K.B.,

    A Youth.

## GRANT

    Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 14, 2022, to prepare, file, and serve the Appellant's reply brief.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 10 2022